United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 9, 2007**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS**
**FIFTH CIRCUIT**

No. 05-40207
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TREVATHAN JABAR GLEEN,

Defendant-Appellant.

Appeal from the United States District Court
for the Eastern District of Texas
(9:04-CR-26-1)

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Trevathan

Jabar Gleen moves for leave to withdraw and has filed a brief in

accordance with **Anders v. California**, 386 U.S. 738 (1967). Gleen

has *not* filed a response. Our review of the record and counsel's

brief shows there are no nonfrivolous issues for appeal.

Accordingly, counsel's motion for leave to withdraw is **GRANTED**,

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counsel is excused from further responsibilities herein, and this appeal is **DISMISSED**.  *See* 5TH CIR. R. 42.2.